**FILED**

MAR 11 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   Case No. 2:10-CR-0089 MCE
                            )
        Plaintiff,           )
                            )
v.                          )
                            )
SEALED                      )
                            )
        Defendant.           )
_____)

SEALING ORDER

Upon motion of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the Clerk of this Court is notified by the United States Attorney's Office for this District of the arrest of the defendant in this case or until further order of the Court.

DATED: March 11, 2010

_____
EDMUND F. BRENNAN
United States Magistrate Judge