```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JAMES STEWART RICHARDS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10-cr-0089 MCE |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 10, 2010, AT 9:00 A.M. |
| v. ) | |
| JAMES STEWART RICHARDS, ) | Date:  May 6, 2010<br>Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by the parties, through counsel, Samantha S. Spangler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James Stewart Richards, that the Court should vacate the status conference scheduled for May 6, 2010, at 9:00 a.m., and reset it for June 10, 2010, at 9:00 a.m.

Counsel for defendant requires further time to review discovery and to negotiate with the government in an effort to resolve this matter.

1

1    It is further stipulated by the parties that the Court should
2  exclude the period from the date of this order through June 10, 2010,
3  when it computes the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act.  The
5  parties stipulate that the ends of justice served by granting Mr.
6  Richards' request for a continuance outweigh the best interest of the
7  public and Mr. Richards in a speedy trial, and that this is an
8  appropriate exclusion of time for defense preparation within the
9  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

10 Dated: May 4, 2010                    Respectfully submitted,

11                                       DANIEL BRODERICK
                                         Federal Defender
12
                                         /s/ M. Petrik
13                                       _____
                                         MICHAEL PETRIK, Jr.
14                                       Assistant Federal Defender
                                         Attorneys for Defendant
15

16 Dated: May 4, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney
17
                                         /s/ M. Petrik for
18                                       _____
                                         SAMANTHA S. SPANGLER
19                                       Assistant U.S. Attorney

20

21                                **ORDER**

22    **IT IS SO ORDERED.**  The status conference is continued to June 10,
23 2010, at 9:00 a.m.  The court finds that a continuance is necessary for
24 the reasons stated above and further finds that the ends of justice
25 served by granting a continuance outweigh the best interests of the
26 public and the defendant in a speedy trial.  Time is therefore excluded
27
28                                    2

from the date of this order through June 10, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: May 5, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3