```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JAMES STEWART RICHARDS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 10-89 MCE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE TO JULY 8, |
| v. | ) | 2010, AT 9:00 A.M. |
| | ) | |
| JAMES STEWART RICHARDS, | ) | Date:  June 10, 2010 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through counsel, Samantha S. Spangler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James Stewart Richards, that the Court should vacate the status conference scheduled for June 10, 2010, at 9:00 a.m., and reset it for July 8, 2010, at 9:00 a.m.

Counsel for defendant requires further time to review discovery and to negotiate with the government in an effort to resolve this matter.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through July 8, 2010, when it computes the time within which the trial of the above criminal

1

prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Richards' request for a continuance outweigh the best interest of the public and Mr. Richards in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: June 7, 2010  
Respectfully submitted,

DANIEL BRODERICK  
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.  
Assistant Federal Defender

Dated: June 7, 2010  
BENJAMIN B. WAGNER  
United States Attorney

/s/ M.Petrik for
_____
SAMANTHA S. SPANGLER  
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**.  The status conference is continued to July 8, 2010, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded

2

1  from the date of this order through July 8, 2010, pursuant to 18 U.S.C.
2  § 3161(h)(7)(A) and (B)(iv).

 Dated: June 8, 2010

```
_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE
```

3