1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   JAMES STEWART RICHARDS
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No. 2:10-cr-00089-MCE
                                  )
11             Plaintiff,         ) STIPULATION AND ORDER TO CONTINUE
                                  ) STATUS CONFERENCE TO SEPTEMBER 2,
12    v.                          ) 2010, AT 9:00 A.M.
                                  )
13 JAMES STEWART RICHARDS,        ) Date:  August 5, 2010
                                  ) Time:  9:00 a.m.
14             Defendant.         ) Judge: Hon. Morrison C. England
   _____)
15

16     IT IS HEREBY STIPULATED by the parties, through counsel, Samantha

17 S. Spangler, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for James Stewart Richards, that the Court should vacate the

19 status conference scheduled for August 5, 2010, at 9:00 a.m., and reset

20 it for September 2, 2010, at 9:00 a.m.

21     Counsel for defendant requires further time to review discovery

22 and to negotiate with the government in an effort to resolve this

23 matter.

24 ///

25 ///

26 ///

27

28                                    1

1     It is further stipulated by the parties that the Court should
2 exclude the period from the date of this order through September 2,
3 2010, when it computes the time within which the trial of the above
4 criminal prosecution must commence for purposes of the Speedy Trial
5 Act.  The parties stipulate that the ends of justice served by granting
6 Mr. Richards' request for a continuance outweigh the best interest of
7 the public and Mr. Richards in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: August 2, 2010        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender

Dated: August 2, 2010        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M.Petrik for
                                        _____
                                        SAMANTHA S. SPANGLER
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The status conference is continued to September 2, 2010, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through September 2, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: August 3, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3