DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES STEWART RICHARDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. 2:10-cr-00089-MCE |
| ) | |
| Plaintiff,    ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE TO OCTOBER 14, |
| v.    ) | 2010, AT 9:00 A.M. |
| ) | |
| JAMES STEWART RICHARDS,    ) | Date: September 30, 2010 |
| ) | Time: 9:00 a.m. |
| Defendant.    ) | Judge: Hon. Morrison C. England |
| ) | |

　　　IT IS HEREBY STIPULATED by the parties, through counsel, Samantha S. Spangler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James Stewart Richards, that the Court should vacate the status conference scheduled for September 30, 2010, at 9:00 a.m., and reset it for October 14, 2010, at 9:00 a.m.

　　　Counsel for defendant requires further time to review discovery and to negotiate with the government in an effort to resolve this matter.

///
///
///

1

1   It is further stipulated by the parties that the Court should
2   exclude the period from the date of this order through October 14,
3   2010, when it computes the time within which the trial of the above
4   criminal prosecution must commence for purposes of the Speedy Trial
5   Act.  The parties stipulate that the ends of justice served by granting
6   Mr. Richards' request for a continuance outweigh the best interest of
7   the public and Mr. Richards in a speedy trial, and that this is an
8   appropriate exclusion of time for defense preparation within the
9   meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: September 28, 2010           Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                    /s/ M.Petrik
                                    _____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender

Dated: September 28, 2010           BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for
                                    _____
                                    SAMANTHA S. SPANGLER
                                    Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The status conference is continued to October 14, 2010, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 14, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: September 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3