DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES STEWART RICHARDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00089-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE TO NOVEMBER 18, |
| v. | ) 2010, AT 9:00 A.M. |
| JAMES STEWART RICHARDS, | ) Date: October 14, 2010 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by the parties, through counsel, Samantha S. Spangler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James Stewart Richards, that the Court should vacate the status conference scheduled for October 14, 2010, at 9:00 a.m., and reset it for November 18, 2010, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, review a proposed plea agreement with Mr. Richards, and to negotiate with the government in an effort to resolve this matter.

///

///

///

1

1   It is further stipulated by the parties that the Court should
2   exclude the period from the date of this order through November 18,
3   2010, when it computes the time within which the trial of the above
4   criminal prosecution must commence for purposes of the Speedy Trial
5   Act.  The parties stipulate that the ends of justice served by granting
6   Mr. Richards' request for a continuance outweigh the best interest of
7   the public and Mr. Richards in a speedy trial, and that this is an
8   appropriate exclusion of time for defense preparation within the
9   meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: October 7, 2010          Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender

Dated: October 7, 2010          BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for
                                _____
                                SAMANTHA S. SPANGLER
                                Assistant U.S. Attorney

2

**ORDER**

**IT IS SO ORDERED.**  The status conference is continued to November 18, 2010, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through November 18, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: October 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE