```
BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:10-cr-00089-MCE |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| JAMES STEWART RICHARDS, ) | |
| Defendant. ) | |

## Stipulation

This case is scheduled for status conference on November 18, 2010.  The prosecutor recently had a trial confirming hearing in another case, where the jury trial was scheduled to begin on the same date, November 18, 2010, at 9:00 a.m.  The parties are in the process of negotiating a plea agreement, and the defendant is considering the government's written plea offer.  Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for November 18, 2010, may be continued to December 9, 2010, at 9:00 a.m.

///

///

1

1  The parties further stipulate that time may be excluded from
2 the speedy trial calculation under the Speedy Trial Act through the
3 new status conference date of December 9, 2010, pursuant to 18
4 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, because the interests
5 of justice served by granting this continuance outweigh the
6 interests of the defendant and the public in a speedy trial.
7  Defense counsel has authorized the prosecutor to sign this
8 stipulation on his behalf.

DATED: November 2, 2010        BENJAMIN B. WAGNER
                               United States Attorney

                         by    /s/ Samantha S. Spangler
                               Samantha S. Spangler
                               Assistant U.S. Attorney


DATED: November 2, 2010        DANIEL J. BRODERICK
                               Federal Defender

                         by    /s/ Samantha S. Spangler  for
                               Michael Petrik, Jr.
                               Assistant Federal Defender
                               Counsel for Defendant Richards

<u>Order</u>

Good cause appearing, the status conference scheduled for November 18, 2010 is ordered continued to December 9, 2010, at 9:00 a.m.  The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.  Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of December 9, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: November 5, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE