DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JAMES STEWART RICHARDS


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-0089 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO SET |
| ) | MOTION HEARING ON FEBRUARY 17, |
| v. ) | 2011, AT 9:00 A.M., TOGETHER WITH |
| ) | BRIEFING SCHEDULE |
| JAMES STEWART RICHARDS, ) | |
| ) | Date:  December 9, 2010 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England |

   IT IS HEREBY STIPULATED by the parties, through counsel, Samantha S. Spangler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James Stewart Richards, that the Court should vacate the status conference scheduled for December 9, 2010, at 9:00 a.m., and reset this case for hearing defendant's motions on February 17, 2011, at 9:00 a.m.

   Counsel agree that: the defendant will file motions on or before January 20, 2011; the government will respond on or before February 3, 2011; and the defendant may reply on or before February 10, 2011.

   It is further stipulated by the parties that the Court should exclude the period from the date of this order through February 17,

1

1  2011, when it computes the time within which the trial of the above
2  criminal prosecution must commence for purposes of the Speedy Trial
3  Act.  The parties stipulate that the ends of justice served by granting
4  Mr. Richards' request for time to file motions outweighs the best
5  interest of the public and Mr. Richards in a speedy trial, and that
6  this is an appropriate exclusion of time for defense preparation within
7  the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4),
8  and § 3161(h)(1)(D) (Local Code E).

Dated: December 7, 2010          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ M.Petrik
                                 _____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender

Dated: December 7, 2010          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ M.Petrik for
                                 _____
                                 SAMANTHA S. SPANGLER
                                 Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The status conference is reset for hearing motions on February 17, 2011, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file motions outweighs the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 17, 2011, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and 3161(h)(1)(D).

Dated: December 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3