DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES STEWART RICHARDS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-CR-00089-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO RESET |
|  | ) MOTION HEARING ON MARCH 3, 2011, |
| v. | ) AT 9:00 A.M., TOGETHER WITH |
|  | ) BRIEFING SCHEDULE |
| JAMES STEWART RICHARDS, | ) |
|  | ) Date: February 17, 2011 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by the parties, through counsel, Samantha S. Spangler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James Stewart Richards, that the Court should vacate the motion hearing scheduled for February 17, 2011, at 9:00 a.m., and reset it on March 3, 2011, at 9:00 a.m. Defense counsel requires additional time to draft and file pretrial motions.

Counsel agree that: the defendant will file motions on or before February 3, 2011; the government will respond on or before February 17, 2011; and the defendant may reply on or before February 24, 2011.

///

///

1

It is further stipulated by the parties that the Court should exclude the period from the date of this order through March 3, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Richards' request for time to file motions outweighs the best interest of the public and Mr. Richards in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4), and § 3161(h)(1)(D) (Local Code E).

Dated: January 19, 2011          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ M.Petrik
                                 _____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender

Dated: January 19, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ M.Petrik for
                                 _____
                                 SAMANTHA S. SPANGLER
                                 Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The motion hearing is reset for March 3, 2011, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file motions outweighs the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through March 3, 2011, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and 3161(h)(1)(D).

Dated: January 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3