1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorneys for Defendant
   JAMES STEWART RICHARDS

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) No. 10-89 MCE
                                    )
11             Plaintiff,           ) **STIPULATION AND ORDER TO CONTINUE**
                                    ) **STATUS CONFERENCE TO OCTOBER 13,**
12     v.                           ) **2011, AT 9:00 A.M.**
                                    )
13 JAMES STEWART RICHARDS,          ) Date:  September 29, 2011
                                    ) Time:  9:00 a.m.
14             Defendant.           ) Judge: Hon. Morrison C. England
   _____  )

16      THE PARTIES STIPULATE, through counsel, Samantha S. Spangler,

17 Assistant United States Attorney, and Michael Petrik, Jr., attorney for

18 James Stewart Richards, that the Court should vacate the status

19 conference scheduled for September 29, 2011, at 9:00 a.m., and reset it

20 for October 13, 2011, at 9:00 a.m.

21      Counsel for defendant requires further time to review discovery

22 and to consult with Mr. Richards.  Counsel for Mr. Richards also

23 requires further time to research whether a motion to dismiss the

24 superceding indictment lies in this case.

25      The parties further stipulate that the Court should

26 exclude the period from the date of this order through October 13,

28 Stipulation and Order                 1                         10-89 MCE

1  2011, when it computes the time within which the trial of the above
2  criminal prosecution must commence for purposes of the Speedy Trial
3  Act.  The parties stipulate that the ends of justice served by granting
4  Mr. Richards' request for a continuance outweigh the best interest of
5  the public and Mr. Richards in a speedy trial, and that this is an
6  appropriate exclusion of time for defense preparation within the
7  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

8  Dated: September 26, 2011         Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender

                                     /s/ M.Petrik
                                     _____
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender

13 Dated: September 26, 2011         BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ M.Petrik for
                                     _____
                                     SAMANTHA S. SPANGLER
                                     Assistant U.S. Attorney

**ORDER**

The Court orders that the status conference be continued from September 29, 2011, at 9:00 a.m., to October 13, 2011, at 9:00 a.m. The Court also orders time excluded from the date of this order through the status conference on October 13, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). For the reasons stated above, the Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order                        3                          10-89 MCE