DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00089-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO SET |
| | ) MOTION HEARING ON MAY 24, 2012, |
| v. | ) AT 9:00 A.M., TOGETHER WITH |
| | ) BRIEFING SCHEDULE |
| JAMES STEWART RICHARDS, | ) |
| | ) Date:  May 3, 2012 |
| Defendant. | ) Time:  9:00 a.m. |
| | ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Samantha S. Spangler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James Stewart Richards, that the Court should vacate the motion hearing scheduled for May 3, 2012, at 9:00 a.m., and reset it on May 24, 2012, at 9:00 a.m.

Counsel agree that: the defendant will file motions on or before April 12, 2012; the government will respond on or before May 10, 2012; and the defendant may reply on or before May 17, 2012.

///
///
///

STIPULATION AND ORDER                            1                              10-89 MCE

1     The parties further stipulate that the Court should exclude the
2  period from the date of this order through May 24, 2012, when it
3  computes the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act.  The
5  parties stipulate that the ends of justice served by granting Mr.
6  Richards' request for time to file motions outweighs the best interest
7  of the public and Mr. Richards in a speedy trial, and that this is an
8  appropriate exclusion of time for defense preparation within the
9  meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4), and § 3161(h)(1)(D)
10 (Local Code E).

Dated: March 19, 2012           Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender

Dated: March 19, 2012           BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for
                                _____
                                SAMANTHA S. SPANGLER
                                Assistant U.S. Attorney

STIPULATION AND ORDER              2                       10-89 MCE

**ORDER**

**IT IS SO ORDERED.** The motion hearing is reset for May 24, 2012, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file motions outweighs the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4), and § 3161(h)(1)(D) (Local Code E).

Dated: March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE