DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10-00089 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO SET<br>) MOTION HEARING ON AUGUST 9, 2012, |
| v. | ) AT 9:00 A.M., TOGETHER WITH<br>) BRIEFING SCHEDULE |
| JAMES STEWART RICHARDS, | )<br>) Date:  July 12, 2012 |
| Defendant. | ) Time:  9:00 a.m.<br>) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Jean Hobler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James Stewart Richards, that the Court should vacate the motion hearing scheduled for July 12, 2012, at 9:00 a.m., and reset it on August 9, 2012, at 9:00 a.m.

Counsel agree that: the defendant will file motions on or before June 28, 2012; the government will respond on or before July 26, 2012; and the defendant may reply on or before August 2, 2012.

///

///

STIPULATION AND [PROPOSED] ORDER      1      10-89 MCE

The parties further stipulate that the Court should exclude the period from the date of this order through August 9, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Richards' request for time to file motions outweighs the best interest of the public and Mr. Richards in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4), and § 3161(h)(1)(D) (Local Code E).

Dated: May 31, 2012                Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender

Dated: May 31, 2012                BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for
                                   _____
                                   JEAN HOBLER
                                   Assistant U.S. Attorney

STIPULATION AND [PROPOSED] ORDER        2                         10-89 MCE

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefore, the motion hearing is reset for August 9, 2012, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file motions outweighs the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through August 9, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4), and § 3161(h)(1)(D) (Local Code E).

IT IS SO ORDERED.

Dated: June 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE