DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-89 MCE |
| Plaintiff, | STIPULATION AND ORDER TO SET MOTION HEARING ON SEPTEMBER 13, 2012, AT 9:00 A.M.; MODIFIED BRIEFING SCHEDULE |
| v. | |
| JAMES STEWART RICHARDS, | |
| Defendant. | Date: August 30, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Jean Hobler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James Stewart Richards, that the Court should vacate the motion hearing scheduled for August 30, 2012, at 9:00 a.m., and reset it on September 13, 2012, at 9:00 a.m.  Counsel agree that the defendant may file a reply brief on or before September 6, 2012.

The parties further stipulate that the Court should exclude the period from the date of this order through September 13, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr.

STIPULATION AND ORDER                    1                           10-89 MCE

Richards' request for time to prepare further motions outweighs the best interest of the public and Mr. Richards in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4), and § 3161(h)(1)(D) (Local Code E).

Dated: August 23, 2012          Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender

Dated: August 23, 2012          BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for
                                _____
                                JEAN HOBLER
                                Assistant U.S. Attorney

///
///
///

STIPULATION AND ORDER          2                         10-89 MCE

**ORDER**

**IT IS SO ORDERED.** The motion hearing is reset for September 13, 2012, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file further motions outweighs the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 13, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4), and § 3161(h)(1)(D) (Local Code E).

Dated: August 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE