DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00089-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO SET ) MOTION HEARING ON SEPTEMBER 13, |
| v. | ) 2012, AT 9:00 A.M.; MODIFIED ) BRIEFING SCHEDULE |
| JAMES STEWART RICHARDS, | ) |
| Defendant. | ) Date: August 30, 2012 ) Time: 9:00 a.m. ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Jean Hobler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James Stewart Richards, that the Court should vacate the motion hearing scheduled for August 30, 2012, at 9:00 a.m., and reset it on September 13, 2012, at 9:00 a.m.  Counsel agree that the defendant may file a reply brief on or before September 6, 2012.

The parties further stipulate that the Court should exclude the period from the date of this order through September 13, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.

///

1                                                          10-89 MCE

1  The parties stipulate that the ends of justice served by granting Mr.
2  Richards' request for time to prepare further motions outweighs the
3  best interest of the public and Mr. Richards in a speedy trial, and
4  that this is an appropriate exclusion of time for defense preparation
5  within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4), and §
6  3161(h)(1)(D) (Local Code E).

7  Dated: August 23, 2012                Respectfully submitted,

8                                        DANIEL BRODERICK
                                         Federal Defender
9
                                         /s/ M.Petrik
10                                       _____
                                         MICHAEL PETRIK, Jr.
11                                       Assistant Federal Defender

12 Dated: August 23, 2012                BENJAMIN B. WAGNER
                                         United States Attorney
13
                                         /s/ M.Petrik for
14                                       _____
                                         JEAN HOBLER
15                                       Assistant U.S. Attorney

16

17

18

19

20

21

22

23

24 ///

25 ///

26 ///

27

28                                       2                      10-89 MCE

**ORDER**

**IT IS SO ORDERED.**  The motion hearing is reset for September 13, 2012, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file further motions outweighs the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through September 13, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4), and § 3161(h)(1)(D) (Local Code E).

Dated: September 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE