1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:10-CR-89 MCE

12                      Plaintiff,       STIPULATION TO CONTINUE
                                         MOTION HEARING; FINDINGS AND
13  v.                                   ORDER

14  JAMES STEWART RICHARDS,

15                      Defendant,

16

17                              **STIPULATION**

18          THE PARTIES STIPULATE, through counsel, Jean Hobler, Assistant United States

19  Attorney, and Michael Petrik, Jr., attorney for James Stewart Richards, that the Court should vacate

20  the motion hearing scheduled for September 13, 2012, at 9:00 a.m., and reset it on September 27,

21  2012, at 9:00 a.m.  Counsel for the Government will be having a minor surgical procedure at 10:30

22  a.m. on the scheduled date.  While it is possible for the hearing to be completed as scheduled,

23  counsel for defendant would prefer to avoid the risk of a truncated hearing.  Given that counsel for

24  the Government will be out of town the following week (potential hearing date September 20, 2012),

25  the first available hearing date is September 27, 2012.  The parties therefore request the hearing be

26  rescheduled for that date.

27          The parties further stipulate that the Court should exclude the period from the date of this

28  order through September 27, 2012, when it computes the time within which the trial of the above

                                         1

criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting the request for time to reasonably respond to the pending motion outweighs the best interest of the public and Mr. Richards in a speedy trial, and that this is an appropriate exclusion of time given the currently pending motion by the defense, pursuant to 18 U.S.C. § 3161(h)(1)(D) (Local Code E).  The parties note that the provisions of 18 U.S.C. § 3161(h)(1)(D) are automatic regarding pending motions and do not require a finding regarding the ends of justice.  Nevertheless, the parties stipulate and agree that the ends of justice would outweigh the best interests of the public and the defendant in the circumstances of this pending motion.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:        September 9, 2012

/s/ Jean M. Hobler
JEAN M. HOBLER
Assistant United States Attorney
Counsel for Plaintiff

DATED:        September 9, 2012

/s/ Michael Petrik
MICHAEL PETRIK
Assistant Federal Defender
Counsel for Defendant

**O R D E R**

Pursuant to the foregoing stipulation, and good cause appearing therefore, IT IS SO FOUND AND ORDERED.

Dated:  September 12, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2