1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   JAMES STEWART RICHARDS
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )  No. 2:10-cr-00089 MCE
                                   )
11                 Plaintiff,      )  **STIPULATION AND ORDER TO CONTINUE**
                                   )  **STATUS CONFERENCE TO JANUARY 10,**
12       v.                        )  **2013, AT 9:00 A.M.**
                                   )
13  JAMES STEWART RICHARDS,        )  Date:  December 7, 2012
                                   )  Time:  10:00 a.m.
14                 Defendant.      )  Judge: Hon. Morrison C. England
    ───────────────────────────────)
15

16       THE PARTIES STIPULATE, through counsel, Jean Hobler, Assistant

17  United States Attorney, and Michael Petrik, Jr., attorney for James

18  Stewart Richards, that the Court should vacate the status conference

19  scheduled for December 7, 2012, at 10:00 a.m., and reset it for January

20  10, 2013, at 9:00 a.m.

21       Counsel for defendant requires further time to review discovery

22  and to consult with Mr. Richards.  Counsel also requires more time to

23  present mitigating evidence to the government during plea negotiations.

24  ///

25  ///

26  ///

27

28  Stipulation and Order            1                      10-89 MCE

1    The parties further stipulate that the Court should exclude the

2 period from the date of this order through January 10, 2013, when it

3 computes the time within which the trial of the above criminal

4 prosecution must commence for purposes of the Speedy Trial Act.  The

5 parties stipulate that the ends of justice served by granting Mr.

6 Richards' request for a continuance outweigh the best interest of the

7 public and Mr. Richards in a speedy trial, and that this is an

8 appropriate exclusion of time for defense preparation within the

9 meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

10 Dated: December 4, 2012              Respectfully submitted,

11                                      DANIEL BRODERICK
                                        Federal Defender
12
                                        /s/ M. Petrik
13
                                        _____
                                        MICHAEL PETRIK, Jr.
14                                      Assistant Federal Defender

15 Dated: December 4, 2012              BENJAMIN B. WAGNER
                                        United States Attorney
16
                                        /s/ M.Petrik for
17
                                        _____
                                        JEAN M. HOBLER
18                                      Assistant U.S. Attorney

19

20

21

22

23

24

25

26

27

28  Stipulation and Order                2                      10-89 MCE

1

**ORDER**

2          **IT IS SO ORDERED.** The Court orders that the status conference be

3   continued from December 7, 2012, at 10:00 a.m., to January 10, 2013, at

4   9:00 a.m.   The Court also orders time excluded from the date of this

5   order through the status conference on January 10, 2013, pursuant to 18

6   U.S.C. § 3161(h)(7) (Local Code T4).   For the reasons stated above, the

7   Court also finds that the ends of justice served by granting

8   defendant's request for a continuance outweigh the best interest of the

9   public and defendant in a speedy trial.

10
     Dated: December 5, 2012

11

12   _____

13   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Stipulation and Order                  3                    10-89 MCE