```
JOSEPH SCHLESINGER, #89424
Acting Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES STEWART RICHARDS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00089-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JANUARY 31, 2013, AT 9:00 A.M.** |
| v. | |
| JAMES STEWART RICHARDS, | Date: January 10, 2013<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, Jean Hobler, Assistant United States Attorney, and Michael Petrik, Jr., attorney for James Stewart Richards, that the Court should vacate the status conference scheduled for January 10, 2013, at 9:00 a.m., and reset it for January 31, 2013, at 9:00 a.m.

Counsel for defendant requires further time to review discovery and to consult with Mr. Richards. Counsel also requires more time to present mitigating evidence to the government during plea negotiations.

///

///

///

1    The parties further stipulate that the Court should exclude the
2 period from the date of this order through January 31, 2013, when it
3 computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting Mr.
6 Richards' request for a continuance outweigh the best interest of the
7 public and Mr. Richards in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

10 Dated: January 8, 2013                Respectfully submitted,

11                                       DANIEL BRODERICK
                                         Federal Defender
12
                                         /s/ M. Petrik
13                                       _____
                                         MICHAEL PETRIK, Jr.
14                                       Assistant Federal Defender

15 Dated: January 8, 2013                BENJAMIN B. WAGNER
                                         United States Attorney
16
                                         /s/ M.Petrik for
17                                       _____
                                         JEAN M. HOBLER
18                                       Assistant U.S. Attorney

24 ///
25 ///
26 ///
27
28 Stipulation and Order              2               2:10-cr-00089-MCE

**ORDER**

The Court orders that the status conference be continued from January 10, 2013, at 9:00 a.m., to January 31, 2013, at 9:00 a.m. The Court also orders time excluded from the date of this order through the status conference on January 31, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For the reasons stated above, the Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: January 9, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE