Please be advised that this case has been assigned to Michael Petrik, Jr., Assistant Federal Defender. P remove David Porter from your CM/ECF service list and correct your records to reflect the above change.

Please feel free to contact our office if you have any questions or concerns. Thank you for your assista matter.

MP/lmk

HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES STEWART RICHARDS,<br><br>Defendant. | No. 2:10-cr-00089 MCE<br><br>STIPULATION AND ORDER TO RESCHEDULE JURY TRIAL TO JULY 21 THROUGH JULY 30, 2014, AT 9:00 A.M.<br><br>Date:   March 20, 2014<br>Time:   9:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

    The parties stipulate, through respective counsel, that the Court should vacate the trial confirmation hearing and jury trial presently set, and reschedule this case for the following dates: trial confirmation hearing on June 26, 2014, at 9:00 a.m.; jury trial July 21, 2014, through July 23, 2014, and July 28, 2014, through July 30, 2014, each day at 9:00 a.m.

    Defense counsel and Mr. Richards require further time to meet and prepare adequately for the jury trial in this matter. Defense counsel also requires further time to investigate this case, and to prepare presentation of this matter at trial. The parties have conferred regarding the proposed hearing and trial dates, and find the dates mutually acceptable.

    For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through July 21, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code

T4.  The parties stipulate that the requested exclusion of time appropriately falls into the exception to the Speedy Trial Act cited above.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 4, 2014         HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ M.Petrik_____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender

DATED: February 4, 2014         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for_____
                                JEAN M. HOBLER
                                Assistant U.S. Attorney

### ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the trial confirmation hearing and jury trial dates rescheduled as proposed in this stipulation.  The Court orders the time from the date of this order through July 21, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

Dated:  February 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT