# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
| vs. | ) | Case No. 2:10-CR-0089-MCE-1 |
| James Stewart Richards | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____James Richards_____, have discussed with _____Amaryllis Gonzalez_____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following condition of release:

    You shall submit to drug or alcohol testing as approved by the pretrial services officer.

Reason for modification: The defendant has been testing since his release on March 16, 2010. His only positive test was for alcohol on February 18, 2011. The defendant has not sustained any positive drug/alcohol tests since that time.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_    7/8/15    _[signature]_    7/8/15
Signature of Defendant    Date    Signature of Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_    7/8/15
Signature of Assistant U.S. Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    7/8/15
Signature of Defense Counsel    Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _07/09/2015_

[ ] The above modification of conditions of release is *not* ordered.

_Carolyn K. Delaney_          07/09/2015
Judicial Officer Signature          Date